MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Andre Walters

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-CR-375 TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |
| v. | |
| ANDRE ANTONIO WALTERS, et al., | |
| Defendants. | |

Defendant Andre Walters, by and through his attorney, Michael Chastaine, Kenneth Park. by and through his attorney Kelly Babineau, Gregory Martin by and through his attorney Christopher Cosca, Michael Taylor, Sr. by and through his attorney Thomas Johnson, and Michael Taylor, Jr. by and through his attorney Tim Warriner, and the United States, by and through Assistant United States Attorney Jared Dolan, hereby stipulate and agree to continue the status hearing in the above-captioned case from Friday, April 26, 2013 at 9:00 a.m. to Thursday June 20, 2013 at 9:30 a.m. It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.

The continuance is requested as a result of the case being reassigned from Judge Garland E. Burrell, Jr. to Judge Troy L. Nunley and to allow counsel additional time to review the large amount of discovery that has been provided. It is further stipulated that the need for a continuance outweighs the interests of the public and the defendant in a speedy trial.

Dated: April 25, 2013                The CHASTAINE LAW OFFICE

                                     By: ____/s/ Michael Chastaine
                                         MICHAEL CHASTAINE
                                         Attorney for Andre Walters

Dated: April 25, 2013

                                     By: ____/s/ Kelly Babineau
                                         KELLY BABINEAU
                                         Attorney for Kenneth Parks

Dated: April 25, 2013

                                     By: ____/s/ Chris Cosca
                                         CHRIS COSCA
                                         Attorney for Gregory Martin

Dated: April 25, 2013

                                     By: ____/s/ Tom Johnson
                                         TOM JOHNSON
                                         Attorney for Michael Taylor, Sr.

Dated: April 25, 2013

                                     By: ____/s/ Tim Warriner
                                         TIM WARRINER
                                         Attorney for Michael Taylor, Jr.

Dated: April 25, 2013       BENJAMIN B. WAGNER
                            United States Attorney

                       By:  ___/s/ Jared Dolan
                            JARED DOLAN
                            Assistant U.S. Attorney


ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, April 26, 2013 at 9:00 a.m. be continued to Thursday, June 20, 2013 at 9:30 a.m. and that the period from April 26, 2013 to June 20, 2013 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). It is further found based upon stipulated that the need for a continuance outweighs the interests of the public and the defendant in a speedy trial.

Dated: April 29, 2013

_____
Troy L. Nunley
United States District Judge