LAW OFFICES OF CHRIS COSCA
CHRIS COSCA    CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
GREGORY BART MARTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2: 12-CR-0375 TLN |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS** |
| vs. | |
| GREGORY BART MARTIN, | |
| Defendant. | |

**STIPULATION**

Pursuant to the recommendation of Pretrial Services, the parties hereto, through their undersigned counsel, hereby stipulate that the defendant's pretrial release terms be modified as follows:

The release term requiring electronic monitoring (Release Condition #12) is to be removed forthwith. All other release conditions shall remain.

////

////

STIP AND ORDER MODIFYING RELEASE CONDITION
USA v. MARTIN

Respectfully submitted,

Dated:  June 12, 2013           /s/ Chris Cosca
                                CHRIS COSCA
                                Attorney for Defendant


Dated: June 12, 2013            /s/ Chris Cosca for
                                JARED DOLAN
                                Assistant US Attorney
                                Attorney for Plaintiff

## **ORDER**

**IT IS SO ORDERED.**

All other terms of the defendant's release shall remain in full force and effect.

Dated: June 17, 2013

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE